# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JACK EDWARD ALLEN, | : | No. 24 WM 2017 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| SUPERIOR COURT OF PENNSYLVANIA, COMMON PLEAS COURT OF CLEARFIELD COUNTY, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of April, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus/Extraordinary Relief is **DENIED**.